UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ ____________ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
DEBTOR: Miguel Vazquez JOINT DEBTOR: ____________ CASE NO.: 16-22599-AJC
Last Four Digits of SS# 4575 Last Four Digits of SS# ____________

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 173.17 for months 1 to 60 ;
B. $________ for months ______ to ______;
C. $________ for months ______ to ______; in order to pay the following creditors:

Administrative: MV Attorney's Fee -$ 3,500.00 +150.00 Costs = $3,650.00 TOTAL PAID $ 1,300.00
Balance Due - $ 2,350.00 payable $ 146.88 /month (Months 1 to 16 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. ____________________ Arrearage on Petition Date $__________
Address: ____________________ Arrears Payment $_____/month (Months ___ to ___)
____________________ Regular Payment $_____/month (Months ___ to ___)
Account No: ____________________

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | 0.00% | $0.00 | 1 To 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. ____________________ Total Due $________
Payable $________/month (Months______ to ______)

Unsecured Creditors: Pay $ 8.97 month (Months 1 to 16 ), $ 155.85 month (Months 17 to 60 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Roundpoint Mtg (Non-H/s-Mtg), Country Lakes Manor (Aspen) Condo (Non-H/s-HOA) and Country Village HOA, Inc (Non-H/s-HOA) are being surrender through the Chapter 13 Plan. The debtor(s) is hereby advised that the Ch.13 trustee has requested that the debtor comply with 521 (f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous years' income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s [signature]
Debtor
Date: 09/13/2016